UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CELGENE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>APOTEX INC.,<br><br>Defendant. | Civil Action No. 18-461 (SDW)(LDW)<br><br>Hon. Susan D. Wigenton, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

## CONSENT JUDGMENT

WHEREAS Plaintiff Celgene Corporation ("Celgene") brought this action against Apotex Inc. ("Apotex" or "Defendant");

WHEREAS Celgene asserted that, among other things, Apotex's submission of ANDA No. 211022 infringes claim numbers 1-10 of U.S. Patent No. 7,855,217 ("Asserted Claims") (*see* D.I. 1);

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:**

1. This Court has jurisdiction over the subject matter of the above-captioned action and personal jurisdiction over the parties;

2. The Asserted Claims are valid and enforceable;

3. Apotex's product that is the subject of ANDA No. 211022 does not infringe any of the Asserted Claims;

4. Judgment of non-infringement is therefore entered in favor of Apotex and against Celgene as to Count VII (Infringement of the '217 Patent) of Celgene's Complaint (D.I. 1);

5. Count VII (Infringement of the '217 Patent) of Celgene's Complaint (D.I. 1) is hereby dismissed with prejudice;

6. Nothing herein shall extend to any other patents, claims, counterclaims, or affirmative defenses that have been asserted or could have been asserted in the above-referenced litigation.

7. Each party shall bear its own costs, expenses, and attorneys' fees associated herewith, including in connection with proceedings on U.S. Patent No. 7,855,217.

8. This court retains jurisdiction to enforce or supervise performance under this Consent Judgment.

We hereby consent to the form and entry of this Judgment:

Dated: April 26, 2019

By: s/ Charles M. Lizza
    Charles M. Lizza
    William C. Baton
    Sarah A. Sullivan
    SAUL EWING ARNSTEIN & LEHR LLP
    One Riverfront Plaza, Suite 1520
    Newark, NJ 07102-5426
    (973) 286-6700
    clizza@saul.com

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Andrew S. Chalson
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

Anthony M. Insogna
Cary Miller, Ph.D.
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121
(858) 314-1200

Matthew J. Hertko
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL 60601
(312) 782-3939

*Attorneys for Plaintiff*
*Celgene Corporation*

By: s/ Robert J. Schoenberg
    Robert J. Schoenberg
    Stephanie R. Wolfe
    RIKER DANZIG SCHERER HYLAND & PERRETTI LLP
    One Speedwell Avenue
    Morristown, NJ 07962-1981
    Tel: (973) 538-0800
    Email: rschoenberg@riker.com

John J. Molenda (*Pro Hac Vice*)
Vishal C. Gupta
Robert Greenfeld
Richard Praseuth (*Pro Hac Vice*)
STEPTOE & JOHNSON LLP
1114 Avenue of the Americas
New York, NY 10036
Tel: (212) 506-3900
Email: jmolenda@steptoe.com

*Attorneys for Defendant*
*Apotex Inc.*

**SO ORDERED** on this 30th day of April, 2019

_____
Hon. Susan D. Wigenton, U.S.D.J.